ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| TERRANCE WILSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:05-CV-0820-M |
| | § |
| DAVID FORREST, et al., | § |
| | § |
| Defendants. | § |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On September 16, 2005, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 14th day of October, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE